B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Middle District of Florida

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Global Hotels Group, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **FDBA Global Hotels Group I, LLC; DBA Holiday Inn Express & Suites** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **20-1237927** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **7276 International Drive Orlando, FL** ZIP Code **32819** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | **7276 International Drive Orlando, FL 32819** |

### Type of Debtor
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Global Hotels Group, LLC |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: AMBE Hotels, LLC | Case Number: 6:11-bk | Date Filed: |
|---|---|---|
| District: Middle District of Florida, Orlando Division | Relationship: Affiliated Entity | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ■ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)     (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Global Hotels Group, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X *[signature]*
Signature of Attorney for Debtor(s)

**R Scott Shuker 984469**
Printed Name of Attorney for Debtor(s)

**Latham, Shuker, Eden & Beaudine, LLP**
Firm Name

**PO Box 3353**
**Orlando, FL 32802-3353**

_____
Address

**(407) 481-5800  Fax: (407) 481-5801**
Telephone Number

**August 26, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signature]*
Signature of Authorized Individual

**Jagdish Singh**
Printed Name of Authorized Individual

**Manager/Member**
Title of Authorized Individual

**August 26, 2011**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## Middle District of Florida

In re  **Global Hotels Group, LLC**
Debtor(s)

Case No. _____
Chapter  **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is **N/A**.

2. The following financial data is the latest available information and refers to the debtor's condition on **N/A**.

   a. Total assets                                                     $             0.00

   b. Total debts (including debts listed in 2.c., below)              $             0.00

   c. Debt securities held by more than 500 holders:

   Approximate number of holders:

   | | | | | | | | |
   |---|---|---|---|---|---|---|---|
   | secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ 0.00 | 0 |
   | secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ 0.00 | 0 |
   | secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ 0.00 | 0 |
   | secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ 0.00 | 0 |
   | secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ 0.00 | 0 |

   d. Number of shares of preferred stock                              0            0

   e. Number of shares common stock                                    0            0

   Comments, if any:
   **Privately-held Florida limited liability company**

3. Brief description of Debtor's business:
   **Hotel Ownership/Operation**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   **Jagdish Singh - 70% Member, Manager**
   **Kuldip Singh - 30% Member, Manager**

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re   Global Hotels Group, LLC                                    Case No. _____

                                      Debtor(s)                   Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Aectica Ice Cream<br>500 N.E 185the Street<br>Miami, FL 33179 | Aectica Ice Cream<br>500 N.E 185the Street<br>Miami, FL 33179 | Trade Debt | | 886.94 |
| American Express<br>Travel Related Svcs<br>P.O. Box 53888<br>Phoenix, AZ 85072-3888 | American Express<br>Travel Related Svcs<br>P.O. Box 53888<br>Phoenix, AZ 85072-3888 | Credit Card | | 765.02 |
| Bagal King Bakery Wholesale<br>668 West Kennedy BLVD<br>Orlando, FL 32810 | Bagal King Bakery Wholesale<br>668 West Kennedy BLVD<br>Orlando, FL 32810 | Trade Debt | | 757.94 |
| Bank Of America<br>P.O.Box 15710<br>Wilmington, DE 19886-5710 | Bank Of America<br>P.O.Box 15710<br>Wilmington, DE 19886-5710 | Credit Card | | 7,469.19 |
| BB&T<br>Hotel Insurance 10177 Programs Of Americ<br>1661 Sandspur RD<br>Maitland, FL 32751 | BB&T<br>Hotel Insurance 10177 Programs Of Americ<br>1661 Sandspur RD<br>Maitland, FL 32751 | Trade Debt | | 495.12 |
| Coastline Wholesale Signs & Services<br>424 Bellevue Ave<br>Daytona Beach, FL 32114 | Coastline Wholesale Signs & Services<br>424 Bellevue Ave<br>Daytona Beach, FL 32114 | Trade Debt | | 1,176.00 |
| Commercial Equipment Leasing<br>8742 Innovation Way<br>Chicago, IL 60682-0087 | Commercial Equipment Leasing<br>8742 Innovation Way<br>Chicago, IL 60682-0087 | Trade Debt | | 419.10 |
| Container Reantal Co Inc<br>P.O.Box 547874<br>Orlando, FL 32854 | Container Reantal Co Inc<br>P.O.Box 547874<br>Orlando, FL 32854 | Trade Debt | | 387.34 |
| Dyna Fire, Inc.<br>109 B Concord Dr.<br>Casselberry, FL 32707-3270 | Dyna Fire, Inc.<br>109 B Concord Dr.<br>Casselberry, FL 32707-3270 | Trade Debt | | 3,474.04 |

B4 (Official Form 4) (12/07) - Cont.

In re  Global Hotels Group, LLC  
          Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Guest Supply<br>4301 US Highway One<br>P.O.B 902<br>Monmouth Junction, NJ 08852 | Guest Supply<br>4301 US Highway One<br>P.O.B 902<br>Monmouth Junction, NJ 08852 | Trade Debt | | 8,276.98 |
| HD Supply Facilities Mtn Ltd<br>P.O.Box 509058<br>San Diego, CA 92150-9058 | HD Supply Facilities Mtn Ltd<br>P.O.Box 509058<br>San Diego, CA 92150-9058 | Trade Debt | | 518.63 |
| Mowrey Elevator Co<br>4518 Lafayette Street<br>Marianna, FL 32446 | Mowrey Elevator Co<br>4518 Lafayette Street<br>Marianna, FL 32446 | Trade Debt | | 1,292.00 |
| Office Depot<br>P.O.Box 633211<br>Cincinnati, OH 45263-3211 | Office Depot<br>P.O.Box 633211<br>Cincinnati, OH 45263-3211 | Trade Debt | | 468.85 |
| Onity Inc.<br>Lockbox 223067<br>Pittsburgh, PA 15251-2067 | Onity Inc.<br>Lockbox 223067<br>Pittsburgh, PA 15251-2067 | Trade Debt | | 1,195.12 |
| Orange Cty Tax Collector<br>Attn: Earl K. Wood<br>PO Box 2551<br>Orlando, FL 32802-2551 | Orange Cty Tax Collector<br>Attn: Earl K. Wood<br>PO Box 2551<br>Orlando, FL 32802-2551 | Tourist Tax | | 18,946.94 |
| Royal Cup<br>160 Cleage Drive<br>P.O.Box 170971<br>Birmingham, AL 35217-0971 | Royal Cup<br>160 Cleage Drive<br>P.O.Box 170971<br>Birmingham, AL 35217-0971 | Trade Debt | | 5,133.65 |
| Sysco Food Services<br>P.O.Box 40<br>Ocoee, FL 34761-0040 | Sysco Food Services<br>P.O.Box 40<br>Ocoee, FL 34761-0040 | Trade Debt | | 14,844.09 |
| The Hardford Insurance Co<br>P.O. Box 2907<br>Hartford, CT 06104-2907 | The Hardford Insurance Co<br>P.O. Box 2907<br>Hartford, CT 06104-2907 | Trade Debt | | 506.50 |
| The Traveler Series<br>3891 Rincon Project Group<br>Santa Barbara, CA 93105 | The Traveler Series<br>3891 Rincon Project Group<br>Santa Barbara, CA 93105 | Trade Debt | | 2,335.46 |
| USA Today<br>P.O.Box 79782<br>Baltimore, MD 21279-0782 | USA Today<br>P.O.Box 79782<br>Baltimore, MD 21279-0782 | Trade Debt | | 810.59 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Global Hotels Group, LLC**                                   Case No. _____
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager/Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **August 26, 2011**                Signature   _/s/ Jagdish Singh_
                                                     **Jagdish Singh**
                                                     **Manager/Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Florida

In re    **Global Hotels Group, LLC**

Debtor

Case No. _____

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Jagdish Singh<br>9575 Westover Roberts Rd<br>Windermere, FL 34786 | N/A | 70% | Member/Manager |
| Kuldip Singh<br>9575 Westover Roberts Rd<br>Windermere, FL 34786 | N/A | 30% | Member |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager/Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __**August 26, 2011**__      Signature _____

Jagdish Singh
Manager/Member

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

__0__ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Florida

In re    **Global Hotels Group, LLC**     Case No. _____

Debtor(s)    Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager/Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **August 26, 2011**

_____
Jagdish Singh/Manager/Member
Signer/Title

Global Hotels Group, LLC
7276 International Drive
Orlando, FL 32819

R Scott Shuker
Latham, Shuker, Eden & Beaudine, LLP
PO Box 3353
Orlando, FL 32802-3353

2 Girls Enterprises LLC
dba Wilson Equip
P.O.Box 86
Ocoee, FL 34761

A S Hospitality
3493 Lamar Ave
Memphis, TN 38118

Aectica Ice Cream
500 N.E 185the Street
Miami, FL 33179

Air 4 You Inc.
16057 Tampa Palms Blvd W
Suite 208
Tampa, FL 33647

Altamonte Glass & Mirror.Inc
6001 Cinderlane Parkway
Orlando, FL 32810

American Express
PO BOX 360001
Ft Lauderdale, FL 33336

American Express
Merchant Acct
P.O.Box 53852
Phoenix, AZ 85072-3852

American Express
Travel Related Svcs
P.O. Box 53888
Phoenix, AZ 85072-3888

American Hotel Register Co
16458 Collections Center Dr
Chicago, IL 60693

Appliance Sales & Service
6418 Milner Blvd   Ste D
Orlando, FL 32809

AT & T
P.O.Box 105262
Atlanta, GA 30348-5262

Bagal King Bakery Wholesale
668 West Kennedy BLVD
Orlando, FL 32810

Bank Of America
P.O.Box 15710
Wilmington, DE 19886-5710

BB&T
Hotel Insurance 10177 Programs Of Americ
1661 Sandspur RD
Maitland, FL 32751

Bureau Of Elevator Safety
P.O.Box 6300
Tallahassee, FL 32314-6300

Cintas Corporation
97627 Eagle Way
Chicago, IL 60678-7627

Cintas First Aid & Safety
207 E Kelsey Lane
Tampa, FL 33619

Coastline Wholesale
Signs & Services
424 Bellevue Ave
Daytona Beach, FL 32114

Commercial Equipment Leasing
8742 Innovation Way
Chicago, IL 60682-0087

Container Reantal Co Inc
P.O.Box 547874
Orlando, FL 32854

Dept of Business & Prof Reg
1940 North Monroe Street
Northwood Center
Tallahassee, FL 32399-1015

Digital Dolphin Supplies
811 N Catalina Ave.
Suite 1104
Redondo Beach, CA 90277

Div of Hotels And Restaurant
P.O.Box 6300
Tallahassee, FL 32314-6300

Dyna Fire, Inc.
109 B Concord Dr.
Casselberry, FL 32707-3270

E.G.P.,Inc.
POBox 1363
Orlando, FL 32802

Ecolab
P.O.Box 905327
Charlotte, NC 28290-5327

Elavon Gateway Solutions Div
9359 E Nichols Ave
Attn: Elavon Accts Impl
Englewood, CO 80112

Fashion Seal Uniforms
P.O.Box 636822
Cincinnati, OH 45263-6822

Florida Dept of Revenue
Attn: Executive Director
5050 W Tennessee St
Tallahassee, FL 32399-0140

Florida Dept of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee, FL 32314-6668

Florida Dept of Revenue
Attn: Fred Rudzik, Asst GC
PO Box 6668
Tallahassee, FL 32314

Florida Natural Gas
P.O.Box 934726
Atlanta, GA 31193-4726

Four Seasonns Gas Svcs Inc
3975 Forrestal Ave # 100
Orlando, FL 32806

General Electric Capital
Corporation
Attn: Pres/Gen Mgr
8377 E Hartford Dr
Scottsdale, AZ 85255

Global Properties Mgmt Inc
Attn: J Singh
7276 International Dr
Orlando, FL 32819

Graebel Orlando Movers
6800 Kingspointe Pkwy
Orlando, FL 32819

Guest Supply
4301 US Highway One
P.O.B 902
Monmouth Junction, NJ 08852

HD Supply Facilities Mtn Ltd
P.O.Box 509058
San Diego, CA 92150-9058

InterContinental Hotels
3585 Atlanta Ave
Atlanta, GA 30354-1074

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

Jagdish Singh
9575 Westover Roberts Rd
Windermere, FL 34786

Jessi Landscaping Inc.
P.O.Box 452212
Kissimmee, FL 34745

King Of Cleaners
5043 Silver Star Rd
Orlando, FL 32808

Kuldip Singh
c/o Jagdish Singh
9575 Westover Roberts Rd
Windermere, FL 34786

Kuldip Singh
9575 Westover Roberts Rd
Windermere, FL 34786

Mobile Mini, Inc.
P.O.Box 79149
Phoenix, AZ 85062-9149

Mowrey Elevator Co
4518 Lafayette Street
Marianna, FL 32446

Neoguard Pest Solution Svcs
5950 Lakehurst Dr #276
Orlando, FL 32819

Office Depot
P.O.Box 633211
Cincinnati, OH 45263-3211

One Stop Resources Inc.
P.O.Box 616006
Orlando, FL 32861

Onity Inc.
Lockbox 223067
Pittsburgh, PA 15251-2067

Orange Cty Tax Collector
Attn: Earl K. Wood
PO Box 2551
Orlando, FL 32802-2551

Orlando Waste Paper Co. Inc.
P.O.Box 547874
Orlando, FL 32854-7874

OUC
44 W. Jefferson Street
PO Box 3193
Orlando, FL 32802

Playnetwork, Inc.
Dept. CH 17114
Palatine, IL 60055-7114

Poolworks
700 Wilma Street
Longwood, FL 32750

Prime Rate Premium
Finance Corp Inc
P.O.Box 580016
Charlotte, NC 28258-0016

Progess Energy
P.O.Box 33199
St. Petersburg, FL 33733-8199

Rainbow Pure Planet
P.O.Box 33729
Indialantic, FL 32903

Royal Cup
160 Cleage Drive
P.O.Box 170971
Birmingham, AL 35217-0971

ScentAir Technologies, Inc.
P.O.Box 534448
Atlanta, GA 30353-4448

Seven Cleaning
9571 Bacchus Trail
Orlando, FL 32829

Shutts & Bowen LLP
1500 Miami Center
201 S Biscayne Blvd
Miami, FL 33131-9767

Susan G Boswell, Esq
Quarles & Brdy, LLP
One South Church St, #1700
Tucson, AZ 85701

Sysco Food Services
P.O.Box 40
Ocoee, FL 34761-0040

Teco Peoples Gas
P.O.Box 31017
Tampa, FL 33631-3017

The Best C.M Transportation
11109 Huxley Ave
Orlando, FL 32837

The Best C.M Transportation, Inc.
11109 Huxley Ave
Orlando, FL 32837

The Hardford Insurance Co
P.O. Box 2907
Hartford, CT 06104-2907

The Traveler Series
3891 Rincon Project Group
Santa Barbara, CA 93105

The Vac Pro
2823 Paynes Prairie Circle
Kissimmee, FL 34743

US Food Service
P.O.Box 2246
Daytona Beach, FL 32115

USA Today
P.O.Box 79782
Baltimore, MD 21279-0782

Waterland Pool Services Inc.
5749 Peregrine Ave
Orlando, FL 32819

Wilson Equipment ETC
112 W. Mckey Street
Ocoee, FL 34761

Windstream
P.O. Box 580451
Charlotte, NC 28258-0451